# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES RENFROE, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION NO. 10-00359-CG-B |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that Plaintiff's Motion to Remand be **DENIED**.

**DONE** and **ORDERED** this 18th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE